UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON B. IKERD**<br><br>v.<br><br>**BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, L DILLON TREE HARVESTING, L.L.C., AND BOBBY DILLON** | **CIVIL ACTION NO. 23-CV-00890 C/W 23-CV-1330**<br><br>**JUDGE LANCE M. AFRICK**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**JOINT MOTION FOR ENTRY OF CONSENT ORDER AND STIPULATION**

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Hester Tuggle, and Defendants, Bobby Dillon, L Dillon Tree Harvesting, L.L.C. and Berkshire Hathaway Homestate Insurance Company, who jointly move for entry of the proposed Consent Order submitted herewith, partially granting and partially denying Defendants' pending Motion *in Limine* to Limit Expert Opinions and Evidence from Ronald Segura, M.D., Paul Gordon D.C., and Samer Shamieh, M.D., and to Exclude Hester Tuggle's Lifecare Planner, Stephanie Chalfin, M.S. (R. Doc. 43), upon agreement of the parties, and further to the binding stipulation made herein by Plaintiff, Hester Tuggle, who hereby stipulates she is not asserting a claim for future medical expenses in this matter.

Respectfully submitted by:

s/ Christopher J. Bruno
Christopher J. Bruno (La. Bar #18818)
KIEFER AND KIEFER
Energy Centre,1100 Poydras Street, Suite 1300
New Orleans, Louisiana 70163
Telephone: (504) 581-8222
Telefax: (504) 249-8010
E-Mail:   cbruno@kieferlaw.com
*Counsel for Plaintiff, Hester Tuggle*

(Additional signature next on page)

AND

s/ Sloan L. Abernathy
Sloan L. Abernathy, T.A. (La. Bar #35398)
Jonathan M. Walsh (La. Bar # 25922)
Devin J. Barnett (La. Bar #33001)
DEUTSCH KERRIGAN, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Telefax: (504) 566-4012
E-Mail:  sabernathy@deutschkerrigan.com
 jwalsh@deutschkerrigan.com
 dbarnett@deutschkerrigan.com
*Counsel for Defendants, Bobby Dillon, L Dillon Tree Harvesting, L.L.C. and Berkshire Hathaway Homestate Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of November, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Sloan L. Abernathy
**Sloan L. Abernathy**