UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON B. IKERD** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-890**<br>**c/w 23-1330**<br>**REF: ALL CASES** |
| **BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY ET AL.** | **SECTION I** |

## ORDER

Considering the motion[1] by the defendants to limit the testimony of plaintiff's experts and the subsequently filed joint motion[2] for entry of a consent order resolving the defendants' motion to limit the expert testimony,

**IT IS ORDERED** that the motion for entry of a consent order is **GRANTED**.

**IT IS FURTHER ORDERED**, upon consent of the parties, that the defendants' motion to exclude plaintiff's experts is **DENIED IN PART.** The motion is denied as to defendants' request for exclusion of testimony by Ronald Segura, M.D., causally relating Hester Tuggle's complaints of and treatment for neck pain, radicular pain in the arms and radicular pain in the legs to the subject auto accident of 5/16/2022.

**IT IS FURTHER ORDERED**, upon consent of the parties, that the defendants' motion to limit the expert testimony is **GRANTED IN PART.** The motion is granted in all other respects such that: Stephanie Chalfin, M.S., Ms.

---

[1] R. Doc. No. 53.
[2] R. Doc. No. 43.

Tuggle's lifecare planner, is excluded from testifying at trial; Ms. Tuggle and her witnesses, including, without limitation, Ronald Segura, M.D., Samer Shamieh, M.D. and Paul Gordon, D.C., shall be prohibited at trial from introducing any testimony, exhibit, record, evidence, argument or other information suggesting a need or recommendation for future medical treatment or future medical cost, including, but not limited to, with regard to future spinal surgery, epidural steroid injection, medial branch block, rhizotomy (also known as radiofrequency ablation), chiropractic treatment and/or clinical office visits.

**IT IS FURTHER ORDERED** that the defendants' motion to limit the testimony of plaintiff's experts is **DISMISSED AS MOOT**.

New Orleans, Louisiana, November 9, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE