UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHARON B. IKERD** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-890**<br>**c/w 23-1330**<br>**REF: 23-890** |
| **BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY ET AL.** | **SECTION I** |

**ORDER**

Considering the joint motion[1] to dismiss with prejudice,

**IT IS ORDERED** that the motion is **GRANTED**. The above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, January 16, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 87.