UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHARON B. IKERD | CIVIL ACTION |
| VERSUS | No. 23-890<br>c/w 23-1330<br>REF: 23-1330 |
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY ET AL. | SECTION I |

### ORDER

Considering the joint motion[1] to dismiss with prejudice,

**IT IS ORDERED** that the motion is **GRANTED**. The above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, January 17, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 89.